```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------

JEAN-CLAUDE CHAMPAGNE,

               Plaintiff,

    - against -

BEST BUY,

               Defendant.

------------------------------------

23-cv-6230 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The defendant removed this action to federal court based on diversity of citizenship jurisdiction. See Notice of Removal, ECF No. 1, ¶ 8; 28 U.S.C. § 1332. The defendant represents that it is a limited partnership. Notice of Removal ¶ 6. To determine whether complete diversity exists, the Court must look to the citizenship of all of the limited partnership's members. See Carden v. Arkoma Assocs., 494 U.S. 185, 195-96 (1990). Accordingly, by **August 24, 2023**, the defendant shall report to the Court on the citizenship of each of its members.

SO ORDERED.

Dated:    New York, New York
            August 9, 2023

                                          /s/ John G. Koeltl
                                            John G. Koeltl
                                  United States District Judge