```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
────────────────────────────────────

**JEAN-CLAUDE CHAMPAGNE,**

              Plaintiff,

  - against -

**BEST BUY,**

              Defendant.

23-cv-6230 (JGK)

ORDER

────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

The defendant is directed to set forth both the state of incorporation and the principal place of business for each of its members, BBC Property Co. and BBC Investment Co., by **September 1, 2023.**

**SO ORDERED.**

**Dated:**    **New York, New York**
            **August 25, 2023**

                                    /s/ John G. Koeltl
                                    **John G. Koeltl**
                            **United States District Judge**