UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEAN-CLAUDE CHAMPAGNE,                    23-cv-6230 (JGK)

              Plaintiff,            ORDER

   - against -

BEST BUY,

             Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a telephone conference on **October 17, 2023,** at **3:30 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

    At the conference, the defendant is directed to provide a report of where the case stands. The defendant is also directed to obtain from the court reporter a transcript of today's telephone conference and provide a copy to the plaintiff. Finally, the defendant is directed to provide a written explanation by **October 2, 2023,** as to why no representative for the defendant was present for the telephone conference scheduled for today.

**SO ORDERED.**

Dated:    New York, New York
           September 26, 2023

                                      /s/ John G. Koeltl
                                        John G. Koeltl
                             United States District Judge