UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEAN-CLAUDE CHAMPAGNE,                           23-cv-6230 (JGK)

              Plaintiff,                  ORDER

  - against -

BEST BUY,

              Defendant.

---

JOHN G. KOELTL, District Judge:

    The plaintiff is directed to file a complaint by **November 1, 2023**. Failure to file a complaint by this date could result in the case being dismissed without prejudice.

    The defendant must answer or respond to the complaint by **November 22, 2023**. If the defendant wishes to file a motion, the defendant should request a pre-motion conference.

    The Clerk should mail a copy of this Order to the pro se plaintiff and note service on the docket.

SO ORDERED.

Dated:    New York, New York
          October 17, 2023

                                            John G. Koeltl
                                       United States District Judge