```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JEAN-CLAUDE CHAMPAGNE,                        23-cv-6230 (JGK)

              Plaintiff,                   ORDER

    - against -

BEST BUY,

              Defendant.

JOHN G. KOELTL, District Judge:

The plaintiff's time to respond to the defendant's motion to dismiss is extended to **March 1, 2024**. The defendant's time to reply is extended to **March 15, 2024**.

SO ORDERED.

Dated:   New York, New York
        February 2, 2024

                                                      John G. Koeltl
                                        United States District Judge