```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JEAN-CLAUDE CHAMPAGNE,                          23-cv-6230 (JGK)

              Plaintiff,              ORDER

   - against -

BEST BUY,

             Defendant.

JOHN G. KOELTL, District Judge:

    The defendant is directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion to dismiss. ECF No. 27.

SO ORDERED.

Dated:    New York, New York
           March 25, 2024

                                          John G. Koeltl
                                  United States District Judge