UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEAN-CLAUDE CHAMPAGNE,                    23-cv-6230 (JGK)

              Plaintiff,           ORDER

   - against -

BEST BUY,

             Defendant.

---

**JOHN G. KOELTL, District Judge:**

    In a Memorandum Opinion and Order dated July 8, 2024 granting the defendant's motion to dismiss, the Court noted that "[i]f no motion [to file an amended complaint] is filed within thirty (30) days, the complaint will be dismissed with prejudice." ECF No. 35. To date, no motion has been filed. Accordingly, the complaint is dismissed with prejudice. The Clerk is directed to close this case and to close all pending motions.

SO ORDERED.

Dated:   New York, New York
         August 9, 2024

                                               John G. Koeltl
                                   United States District Judge